IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| KRISTIE K. MINAHAN, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) Case No.: _____ |
| GRACE VIRGINIA CARTWRIGHT, | ) ) ) |
| Defendant. | ) ) |

## COMPLAINT

The plaintiff, Kristie K. Minahan, by counsel, files this Complaint requesting the entry of judgment against the defendant, Grace Virginia Cartwright, and in support thereof states as follows:

## JURISDICTION AND VENUE

1. The plaintiff is a citizen of the state of New Jersey.

2. The defendant is a citizen of the state of Mississippi.

3. The parties were involved in a car wreck caused by the defendant in Rockbridge County, Virginia on November 26, 2014.

4. The amount in controversy exceeds $75,000, exclusive of interest and costs.

5. Jurisdiction is conferred on this Court by 28 U.S.C. § 1332.

6. This Court has personal jurisdiction over the parties pursuant to Virginia Code § 8.01-328.1.

7. Venue is proper pursuant to 28 U.S.C. § 1391.

## FACTS

8. The plaintiff realleges each of the allegations contained in the preceding paragraphs.

9. On November 26, 2014, the plaintiff was lawfully operating her vehicle going southbound on Interstate 81 in Rockbridge County near mile marker 186.

10. At the same time and place, the defendant was driving her vehicle southbound on Interstate 81 in Rockbridge County behind the plaintiff's vehicle.

11. The plaintiff slowed her vehicle due to traffic conditions.

12. The defendant did not maintain a proper lookout or properly slow her vehicle in response to traffic conditions.

13. As a result, the defendant caused her vehicle to strike the plaintiff's vehicle.

## **COUNT I – NEGLIGENCE**

14. The plaintiff realleges each of the allegations contained in the preceding paragraphs.

15. The defendant had the duty to operate her vehicle lawfully, with reasonable care, and with due regard for the safety of others using the road; to maintain a proper lookout; to lawfully maintain control; and to maintain a lawful speed in light of traffic conditions.

16. The defendant breached the duties outlined above and was negligent in the following ways:

   a. She failed to keep a proper lookout;

   b. She failed to maintain control of her vehicle;

   c. She failed to operate her vehicle at a lawful and safe speed;

   d. She struck a lawfully operated vehicle; and

   e. She failed to otherwise operate her vehicle with due regard for the safety of the plaintiff and others.

17. As a direct and proximate result of the defendant's actions and/or omissions, the plaintiff has suffered severe and permanent injuries, suffered physical and mental pain and impairment, lost enjoyment of life, sustained lost wages and disability, and incurred (and will continue to incur) medical monitoring and treatment for her injuries.

## **CONCLUSION**

The plaintiff moves the court for judgment against the defendant in the amount of ONE MILLION DOLLARS ($1,000,000.00) with interest thereon from November 26, 2015, plus taxable costs.

The plaintiff demands a jury trial.

                                        KRISTIE K. MINAHAN

                                By: /s/ Lauren E. Davis
                                          Of Counsel

Lauren E. Davis, Esquire (VSB # 74066)
Frith & Ellerman Law Firm, P.C.
P.O. Box 8248
Roanoke, VA 24014
Telephone: 540/985-0098
Facsimile: 540/985-9198
ldavis@frithlawfirm.com

Beverly M. Davis, Esquire (VSB # 33784)
Davis, Davis & Davis Attorneys
519 2nd Street
Radford, VA 24141
Telephone: 540/639-9081
Facsimile: 540/639-9095
bevdavis@davisattys.com

    *Counsel for Plaintiff*